1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. STILLS, JR.,                    ) | No. C 04-4136 JF (PR) |
| ) | |
| Petitioner          ) | ORDER DENYING PETITIONER'S |
| ) | MOTIONS FOR |
| vs.                                        ) | RECONSIDERATION |
| ) | |
| TOM CAREY, Warden,                          ) | |
| ) | |
| Respondent.          ) | |
| _____) | (Docket Nos. 12, 13) |

On November 18, 2004, this Court dismissed the instant pro se petition for writ of

habeas corpus because Petitioner's claims were not cognizable under 28 U.S.C. § 2254.

On December 8, 2004, Petitioner filed an application for a certificate of appealability.  On

December 14, 2004, the Court denied the certificate of appealability and directed the

Clerk to transmit the file to the Court of Appeals.  On April 19, 2005, the Court of

Appeals denied Petitioner's request for a certificate of appealability.  On June 7, 2005,

Petitioner filed two motions requesting reconsideration and relief from the judgment.

Petitioner's motions (docket nos. 12, 13) are DENIED.  No further motions shall be filed

in this closed case.

        IT IS SO ORDERED.

DATED: 3/20/06

_____
JEREMY FOGEL
United States District Judge

1

1    On 3/24/06 a copy of this order was mailed to the following:

2

3    Frederick D. Stills, Jr.
     K-92389
4    California State Prison - Solano
     P.O. Box 4000
5    Vacaville, CA  95696-4000

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28